**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-20-00005-CV**
_____

**MARK E. JOHNSTON, Appellant**

**V.**

**STEPHEN D. JACKSON, Appellee**

**On Appeal from the 284th District Court**
**Montgomery County, Texas**
**Trial Cause No. 19-08-10701-CV**

**ORDER**

On March 4, 2021, the appellant, Mark E. Johnston, and the appellee, Stephen D. Jackson, jointly filed an agreed motion to abate the appeal and order mediation. The parties have agreed to attend mediation before an agreed mediator and expect a resolution of the dispute that is the subject of this appeal. The motion to abate is granted to allow the parties to mediate the matter. *See* Tex. Civ. Prac. & Rem. Code Ann. § 154.021.

We abate the appeal until June 7, 2021. If a settlement has been reached by that date, we instruct the parties to file a motion to reinstate and dispose of the appeal in accordance with their settlement agreement. If mediation does not result in a settlement by that date, we instruct the parties to file a report informing this Court and request that the appeal be reinstated. All appellate timetables are suspended until the appeal is reinstated. If the appeal is reinstated without a settlement having been reached, the brief of the appellee will be due thirty days after the appeal is reinstated.

ORDER ENTERED March 8, 2021.

PER CURIAM

Before Golemon, C.J., Kreger and Horton, JJ.